# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAYR P. YERIKYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOCTOR N. AMBATI, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01567-SKO (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FEDERAL BUREAU OF PRISONS |

Plaintiff Grayr P. Yerikyan, a federal prisoner proceeding pro se, filed this civil suit on October 7, 2014, and he seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action, 28 U.S.C. § 1915(b)(1), and he is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account, 28 U.S.C. § 1915(b)(2). The Federal Bureau of Prisons is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis is GRANTED.

2. The Warden of Federal Medical Center, or the Warden's designee shall (1) collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the trust account, and (2) forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $150.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action, and sent to the Clerk of the Court, U.S. District Court, 2500 Tulare St., Room 1501, Fresno, California, 93721.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis affidavit on:
>   Warden
>   FMC Butner
>   Federal Medical Center
>   P.O. Box 1600
>   Butner, NC, 27509

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **October 10, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

2